IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| In Re:<br><br>SURESH MACAN DAYAL<br>BHANU DAYAL<br><br>Debtor(s). | Case No.: 07-05716-TBB-7<br>Chapter 7 |

## REPORT OF UNCLAIMED FUNDS UNDER
## BANKRUPTCY RULE 3011

Pursuant to Bankruptcy Code §11347 and Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim # | Name and Last Known Address | Amount of Dividend |
|---|---|---|
| 003 | HSBC Bank USA NA<br>PO Box 98724<br>Las Vegas, NV 89193 | $70.63 |
| | 1. Check returned "Attempted – Not Known, unable to forward" | |
| Exemption | Suresh Macan Dayal<br>and Bhanu Dayal<br>6115 Abbotts Bridge Road<br>Apartment 918<br>Duluth, GA 30097 | $4,500.00 |
| | 1. Check returned "Insufficient address, unable to forward" | |
| | **TOTAL** | **$4,570.63** |

Dated this the __9th__ day of _April_, 2012.

                                             s/Rocco J. Leo
                                             ROCCO J. LEO
                                             Trustee for the Bankruptcy Estate of
                                             Suresh Macan Dayal and Bhanu Dayal
                                             BK #07-05716 TBB 7
                                             3250 Independence Drive, Suite 201
                                             Birmingham, AL  35209
                                             (205) 879-0000

Page two
Report of Unclaimed Funds
BK Case #07-05716 tbb 7
In re: Suresh Macan Dayal & Bhanu Dayal

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2012, I have served a copy of the foregoing on the parties listed below by depositing same in the United States Mail, postage pre-paid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures

HSBC Bank USA NA
PO Box 98724
Las Vegas, NV 89193

Suresh Macan Dayal
and Bhanu Dayal
6115 Abbotts Bridge Road
Apartment 918
Duluth, GA 30097

Honorable Jon A. Dudeck, Jr., Esquire
Jon_Dudeck@ALNBA.uscourts.gov
US Bankruptcy Administrator's Office
1800 5th Avenue North, Suite Room 132
Birmingham, AL 35203

Ronald O. Gaiser, Jr., Esquire
ron@gaiserandjohnston.com
Gaiser & Associates PC
2100A SouthBridge Parkway Suite 336
36B Church Street
Birmingham, AL 35213-3702

                                              s/Rocco J. Leo
                                              Trustee